## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHARLES and MONICA PERKINS,

    Plaintiffs,

v.                                                                                  Case No.: 8:18-cv-806-T-26CPT

NATIONAL CREDIT SYSTEMS, INC. AND
WINDWOOD OAKS TAMPA APARTMENTS,
LTD.,

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AND MOTION TO STRIKE

Plaintiffs, Charles Perkins and Monic Perkins, by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully move for an Order extending the time for Plaintiffs to respond to Defendant Windwood Oaks Tampa Apartments, LTD's Motion to Dismiss and Motion to Strike Plaintiff's First Amended Complaint to August 17, 2018 and as grounds would show:

1. Plaintiffs filed their First Amended Complaint in the instant case on July 5, 2018. In response, Defendant Windwood Oaks Tampa Apartments, LTD ("Windwood") filed a Motion to Dismiss and Motion to Strike (Doc. 13) on July 20, 2018. Accordingly, Plaintiff's response to same is currently due on August 3, 2018.

2. Plaintiff respectfully requests a 14-day extension of time to respond to the Motion to Dismiss and Motion to Strike to August 3, 2018. This is Plaintiff's first request to extend time on this Motion.

3. This Motion is being filed in good faith, is not being filed for purposes of delay, and will not prejudice any party.

4. Undersigned counsel certifies she has conferred with counsel for Defendant Windwood and counsel for Defendant National Credit Systems, Inc. and that the parties consent to the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order extending the time for Plaintiffs to respond to Defendant's Motion to Dismiss and Motion to Strike to August 17, 2018, and for such other relief as is deemed just and proper.

Dated: August 2, 2018

        Respectfully submitted,

        */s/ April S. Goodwin*
        APRIL S. GOODWIN, ESQ.
        FLORIDA BAR NO: 0502537
        The Goodwin Firm
        801 West Bay Drive, Suite 705
        Largo, FL 33770
        *Attorney for Plaintiffs*
        Phone: (727) 316.5333
        april@goodwin-firm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 2nd day of August, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

        */s/ April S. Goodwin*
        APRIL S. GOODWIN, ESQ.
        FLORIDA BAR NO: 0502537