## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHARLES and MONICA PERKINS,

    Plaintiff,

v.                                          CASE NO.  8:18-cv-806-T-26CPT

NATIONAL CREDIT SYSTEMS, INC.,
and WINDWOOD OAKS TAMPA
APARTMENTS, LTD.,

    Defendants.
_____/

## O R D E R

**PENDING BEFORE** the Court is Defendant Windwood's motion to dismiss and motion to strike Plaintiffs' second amended complaint in which Defendant Windwood seeks dismissal of counts one and two of Plaintiffs' second amended complaint.[1]  In response, Plaintiffs have filed a third amended complaint eliminating those two counts.  Accordingly, Defendant Windwood's Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint (Dkt. 23) is denied as moot.  Defendant Windwood shall file its answer and defenses to the third amended complaint within fourteen (14) days of this order.

    Additionally, the Court notes that more than ninety (90) days have elapsed since Plaintiffs instituted this action and no service has been effected on Defendant National Credit Systems.

---

    [1]  Defendant Windwood did not challenge the sufficiency of counts five and six of the second amended complaint which are now embodied in counts three and four of the third amended complaint.

However, in view of the filing of the third amended complaint, the Court directs Plaintiffs to effect service of this complaint on Defendant National Credit Systems and to file proof of such service with the clerk within thirty (30) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on September 25, 2018.

       s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record